cci HONA
3/8/06

ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

GABRIEL COLWELL
Special Assistant U.S. Attorney
Suite 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 440-9247
Facsimile:  (808) 541-2958
E-Mail: gabriel.colwell@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 4 2006

at 4 o'clock and ___min. 94 M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF ) | ORDER FOR DISMISSAL AND |
| ) | RECALL OF BENCH WARRANTS; |
| CRIMINAL INFORMATIONS ) | ATTACHMENT "A" |
| ) | |
| ) | |

ORDER FOR DISMISSAL AND RECALL OF BENCH WARRANTS

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney hereby dismisses without prejudice, the Criminal Informations containing the charges against the defendants listed in Attachment "A".

The list of cases set forth in Attachment "A" was provided to the United States by the United States Marshal Service as cases that are pending.  The United States Marshal

Service has attempted to locate and serve the listed individuals with the attached bench warrants, and after best efforts have been unable to do so. The United States respectfully requests that the instant cases be dismissed without prejudice and the outstanding bench warrants be recalled. The United States is not seeking to dismiss any Criminal Information or charge in which the defendant has been found guilty and/or for which a judgment of conviction has been entered. Therefore, the United States' dismissal shall not apply to any Information or charge listed in Attachment "A" in which the defendant has been found guilty and/or a judgment of conviction has been entered.

DATED: February 21, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/Gabriel Colwell
GABRIEL COLWELL
Special Ass't U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED: Honolulu, Hawaii, February 24, 2006.



Kevin S.C. Chang
United States Magistrate Judge

<u>IN THE MATTER OF CRIMINAL INFORMATIONS</u>
"Order for Dismissal and Recall of Bench Warrants"
**ATTACHMENT "A"**

| <u>NAME</u> | <u>CRIMINAL NUMBER</u> |
|---|---|
| Farrell, James J. | 95-00009 |
| Gross, Scott A. | 95-00825 |
| Jones, Durand B. K. | 95-00411 |
| Lewis, Brian K. | 95-00014 |
| Nussbaum, George H. | 95-00493 |
| Skaggs, Ryan D. | 95-00364 |
| Walker, Floyd L. | 95-01026 |
| Bernard, Ricky V. | 96-00853 |
| Bruner, Richard E. | 96-00576 |
| Fonoti, Samasoni T. | 96-00158 |
| Bonner, Brett T. | 97-00524 |
| Duncan, Joshua C. | 97-00895 |
| Hurd, Mark A. | 97-01110 |
| Keith, Otis L. | 97-00459 |
| Krukowski, Franciszek | 97-00540 |
| Lauth, Lisa M. | 97-00460 |
| Lee, Faron H. | 97-01111 |
| Martinez, Barbara J. | 97-00397 |
| Matthews, Misty P. | 97-00125 |
| McClennan, Eric V. | 97-00839 |
| Reyes, Nestor P. | 97-01063 |
| Savage, Seon Y. | 97-01064 |
| Soares, Kaleinchi A. | 97-00471 |
| Tidwell, Dustin D. | 97-01044 |
| Williams, Lowell D. | 97-00074 |
| Paese, Nikolao | 97-00053 |
| Gadson, Ned III. | 98-00563 |
| Morris, Raymond J. | 98-00279 |
| O'Conner, Thomas C. | 98-00010 |
| Tagoradoa, Iefata | 98-00118 |
| Farino, Glenn | 99-00075 |
| Long, James | 99-00056 |
| Martinez, Barbara J. | 99-00266 |
| Martinez, Barbara J. | 99-00180 |
| Berthony, Pierre-Louis | 00-00400 |
| Castro, Jovito A. | 00-00032 |

| Name | Case Number |
|---|---|
| Graves, Nathaniel P. | 00-00432 |
| Hall, Adams M. | 00-00068 |
| Nelson, Tommy J. | 00-00390 |
| Pozo, Yajaira | 00-00095 |
| Thompson, David L. | 00-00165 |
| Bero, Jason P. | 01-00055 |
| Cuellar, Filemon III. | 01-00258 |
| Dawson, Jermaine S. | 01-00102 |
| Fermahin, Stephen | 01-00399 |
| Gaballo, Phillip | 01-00039 |
| Gardner, Craig S. | 01-00392 |
| Guidry, Leinaala K. | 01-00276 |
| Himalaya, Larry P. | 01-00149 |
| Mars, Jason A. | 01-00240 |
| McAlaster, Kate M. | 01-00495 |
| Siaosi, Kennedy Jr. | 01-00279 |
| Tuimato, Samuela J. | 01-00284 |
| Urquidez, Antonio J. | 01-00108 |
| Wilkerson, John C. | 01-00010 |
| Williams, Jeaninne C. | 01-00088 |
| Wilson, Preston L. | 01-00285 |
| Winokur, Samuel | 01-00398 |
| Chitwood, Joey M. | 02-00136 |
| Daniel, Christopher | 02-00138 |
| Drew, Bernice | 02-00385 |
| Fleischer, Misty | 02-00248 |
| Gwynn, Anita | 02-00250 |
| Masters, Amber | 02-00459 |
| Price, Scott | 02-00009 |
| SanAgustin, Richard | 02-00010 |
| Taylor, Darren | 02-00386 |
| Feeney, Makani | 03-00448 |
| Gretz, Sally | 03-00443 |
| Rose, Aaron | 03-00331 |
| Peguero, Zoilo | 03-00329 |
| Dialogu, Michael | 04-00228 |
| Finks, Rondishe | 04-00028 |
| Holland, Lakeisha B. | 04-00007 |
| Leonard, Christine | 04-00220 |
| Piepenhagen, Gabriel | 04-00307 |
| Ramirez, Josue Y. | 04-00009 |
| Faasu, Jerome | 04-00425 |
| Carpentier, Coby | 04-00005 |
| Vaughan, Juan A. | 04-00263 |

```
Mata, Gumaro          05-00093
Toms, David M.        05-00036
Ahern, Sean D.        05-00329
Askew, Paul A.        05-00330
```

3